**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| CHRISTOPHER RUSANOWSKY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:22-cv-1132 |
| CITY OF DALLAS and SGT. ) | |
| ROGER A. RUDLOFF, individually ) | |
| and in his official capacity as a Dallas ) | |
| Police Department Police Officer, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISCOVERY RESPONSE**

Plaintiff respectfully advises the Court that on April 6, 2023, Plaintiff provided to Defendants his written response to Defendants' Court-authorized interrogatory (Dkt. 39 at 4).

Dated: April 6, 2023                    Respectfully submitted,

                                        /s/ David W. Henderson
                                        David W. Henderson
                                        Texas State Bar No. 24032292
                                        dhenderson@equalrights.law
                                        J. Sebastian Van Coevorden
                                        Texas State Bar No. 24128101
                                        svancoevorden@equalrights.law
                                        ELLWANGER LAW LLLP
                                        400 S. Zang Blvd. Ste. 600
                                        Dallas, TX 75208
                                        Telephone: (469) 998-6775
                                        Facsimile:  (469) 998-6775

Peter B. Steffensen
Texas State Bar No. 24106464
psteffensen@smu.edu
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, TX 75275
Telephone: (214) 768-4077
Facsimile:  (214) 768-1611

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of April, 2023, a true and correct copy of the foregoing

document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Peter B. Steffensen*
Peter B. Steffensen

2