IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER RUSANOWSKY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF DALLAS and SGT. ROGER A. RUDLOFF, individually and in his official capacity as a Dallas Police Department Officer,<br><br>　　　　Defendants. | Civil Action No. 3:22-CV-01132-K |

## ORDER

On March 30, 2023, the Court issued its Memorandum Opinion and Order (the "Order"), Doc. No. 40, granting in part and denying in part Defendant City of Dallas's Motion to Dismiss Plaintiff's Complaint, and Brief in Support, Doc. No. 15. There, the Court dismissed Plaintiff's failure to train claim against the City of Dallas but granted Plaintiff leave to amend his Complaint within thirty (30) days. Doc. No. 40 at 16, 18-19 ("Should Plaintiff fail to timely amend, Plaintiff's failure to train claim against the City will be dismissed with prejudice and without further notice."). Today is May 8, 2023, and Plaintiff has not so amended. Therefore, the Court **DISMISSES** Plaintiff's failure to train claim with prejudice.

**SO ORDERED.**

Signed May 8th, 2023.

　　　　　　　　　　　　　　　　　　*Ed Kinkeade*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ED KINKEADE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1