**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| CHRISTOPHER RUSANOWSKY, | ) | |
| | ) | |
| ***Plaintiff***, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:22-cv-1132 |
| CITY OF DALLAS and SGT. | ) | |
| ROGER A. RUDLOFF, individually | ) | |
| and in his official capacity as a Dallas | ) | |
| Police Department Police Officer, | ) | |
| | ) | |
| ***Defendants***. | ) | |
| | ) | |

## PLAINTIFF CHRISTOPHER RUSANOWSKY'S RESPONSE TO DEFENDANT CITY OF DALLAS'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Christopher Rusanowsky submits this response to Defendant City of Dallas's Motion for Summary Judgment. Dkt. 70.

### Summary of Response

Defendant City of Dallas seeks dismissal of Plaintiff's remaining municipal liability claim. Dkt. 70. The City argues that the Court's dismissal of Plaintiff's constitutional claims against Defendant Sgt. Roger A. Rudloff leave no predicate constitutional violation upon which the City can be held liable. Dkt. 71. As explained further in the accompanying Brief in Response, Plaintiff does not contest the City's very narrow argument that applicable precedent appears to compel this conclusion. Plaintiff further notes that if he successfully revives any or all of his claims against Sgt. Rudloff on appeal, that he would also be entitled to press anew his municipal liability claims against the City.

Dated: April 15, 2024

Respectfully Submitted,

/s/ David W. Henderson
David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
J. Sebastian Van Coevorden
Texas State Bar No. 24128101
svancoevorden@equalrights.law
**ELLWANGER LAW LLLP**
400 S. Zang Blvd. Ste. 600
Dallas, TX 75208
Telephone: (469) 998-6775
Facsimile: (469) 998-6775

/s/ Thomas S. Leatherbury
Thomas S. Leatherbury
Texas State Bar No. 12095275
Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 N. Akard Street
Dallas, Texas 75201
tom@tsleatherburylaw.com
Telephone: (214) 213-5004

/s/ Peter B. Steffensen
Peter B. Steffensen
Texas State Bar No. 24106464
psteffensen@smu.edu
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, TX 75275
Telephone: (214) 768-4077
Facsimile: (214) 768-1611

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Peter B. Steffensen
Peter B. Steffensen